# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LISA BAWGUS )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>KOHL'S DEPARTMENT STORES, INC., )<br>)<br>**Defendant.** )<br>)<br>) | Case No.: 2:15-cv-00285 |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the

dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/Michael Innes* | */s/ Amy L. Bennecoff Ginsburg* |
| Michael Innes, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Kelley, Drye & Warren, LLP (New Jersey) | Kimmel & Silverman, P.C. |
| One Jefferson Road | 30 East Butler Pike |
| 2nd Floor | Ambler, PA 19002 |
| Parsippany, NJ 07054 | Phone: 215-540-8888 |
| Phone: 973-503-5900 | Fax: 877-788-2864 |
| Fax: 973-503-5950 | Email: aginsburg@creditlaw.com |
| Email: minnes@kelleydrye.com | Attorney for Plaintiff |
| Attorney for the Defendant | |
| | Date: July 28, 2016 |
| Date: July 28, 2016 | |

BY THE COURT:

_____
                                                                J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 28th day of July, 2016:

Michael Innes, Esq.
Kelley, Drye & Warren, LLP (New Jersey)
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
Phone: 973-503-5900
Fax: 973-503-5950
Email:minnes@kelleydrye.com

Charles I Malone, Esq.
Butler Snow, LLP (Nash)
The Pinnacle at Symphony Place
150 Third Avenue South
Suite 1600
Nashville, TN 37201
Phone:615-651-6700
Email: charlie.malone@butlersnow.com

Lauri A Mazzuchetti, Esq.
Kelley, Drye & Warren, LLP (New Jersey)
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
Phone: 973-503-5900
Fax: 973-503-5950
Email: lmazzuchetti@kelleydrye.com

Lauren Patten, Esq.
Butler Snow, LLP (Nash)
The Pinnacle at Symphony Place
150 Third Avenue South
Suite 1600
Nashville, TN 37201
Phone: 615-651-6700
Email: lauren.patten@butlersnow.com

Erin Palmer Polly, Esq.
Butler Snow, LLP (Nash)
The Pinnacle at Symphony Place
150 Third Avenue South
Suite 1600
Nashville, TN 37201
Phone: 615-651-6700
Email: Erin.Polly@butlersnow.com

*/s/ Amy L. Bennecoff Ginsburg*
Amy L Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff